UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BBSR, LLC, | |
| Plaintiff, | Case No.: 3:22-cv-00544 |
| v. | |
| ANHEUSER-BUSCH, LLC, | |
| Defendant. | |

## MOTION TO REMAND

Plaintiff, BBSR, LLC, by and through the undersigned counsel, respectfully requests that the Court remand the above-captioned matter to the Connecticut Superior Court, Judicial District of Stamford, pursuant to 28 U.S.C. § 1447(c). Remand is sought because the U.S. District Court for the District of Connecticut lacks diversity jurisdiction pursuant to 28 U.S.C. § 1332. As further set forth in the memorandum of law submitted herewith, complete diversity does not exist. As such, the matter should be remanded to state court.

WHEREFORE, Plaintiff respectfully requests that this case be remanded to the Connecticut Superior Court, Judicial District of Stamford.

Dated: New York, New York
April 18, 2022

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Amos Friedland*
Amos Friedland (Juris No. 429133)
99 Park Avenue, Suite 1910
New York, New York 10016
Tel.  (646) 970-7519
afriedland@rochefreedman.com

1