UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BBSR, LLC,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ANHEUSER-BUSCH, LLC,<br><br>*Defendants* | Civil No. 3:22cv544 (JBA)<br><br>September 2, 2022 |

**ENDORSEMENT ORDER**

Defendant Anheuser-Busch, LLC, has moved for leave to conduct limited jurisdictional discovery into the motive behind two members' assignment of their interests in BBSR, LLC to the shell Delaware corporation BBSR Management. (Def.'s Mot. for Leave to Conduct Limited Jurisdictional Discovery ("Def.'s Mot.") [Doc. # 23]). Since Plaintiff BBSR, LLC proposes the Court assume intentional collusive assignment to defeat jurisdiction for the purpose of ruling on Defendant's motion for jurisdictional discovery, there is no need for the jurisdictional discovery Defendant requests, and the appropriate context in which to analyze issues related to the scope of § 1359 will be the parties' briefing on Plaintiff's pending Motion to Remand [Doc. # 13].

Defendant's motion [Doc. # 23] is DENIED. Defendant is directed to file its response by September 23; Plaintiff is directed to file its reply, if any, by October 7.

IT IS SO ORDERED.

_____/s/_____

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 2nd day of September, 2022